# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

March 24, 2015

ABEL ACOSTA, CLERK

JOEY FAUST, Appellant §       

                       §

v.                           §   NO. PD-0893-14

                       §

THE STATE OF TEXAS, Appellee  §

RAMON MARROQUIN, Appellant  §

                       §

v.                           §   NO. PD-0894-14

                       §

THE STATE OF TEXAS, Appellee  §

---

## ON DISCRETIONARY REVIEW OF CAUSE NUMBERS 02-13-00222-CR and 02-13-00223-CR IN THE COURT OF APPEALS FOR THE SECOND DISTRICT OF TEXAS

---

## APPELLANTS' MOTION FOR LEAVE TO FILE APPELLANTS' POST-SUBMISSION BRIEF

J. SHELBY SHARPE
State Bar No. 18123000
utlawman@aol.com
6100 Western Place, Suite 1000
Fort Worth, Texas 76107
(817) 338-4900/Fax (817)332-6818

ATTORNEY FOR APPELLANTS

## STATEMENT OF HELPFULNESS
## OF POST-SUBMISSION BRIEF

During oral argument several questions were asked about other court opinions related to certain issues before the Court in this appeal. A post-submission brief provides the Court with answers to those questions citing pertinent language from the opinions the Court inquired about. Furthermore, the sincere questions of the Court indicate a desire to fully understand the relationship of *First Amendment* speech protection as it applies to proper law enforcement to protect public tranquility and safety.

**WHEREFORE, PREMISES CONSIDERED**, Appellants Joey Faust and Ramon Marroquin respectfully pray that the Court grant leave to file Appellant's Post-Submission Brief.

**Respectfully submitted,**

**/s/ J. Shelby Sharpe**
**J. SHELBY SHARPE**
**State Bar No. 18123000**
**utlawman@aol.com**
**6100 Western Place, Suite 1000**
**Fort Worth, Texas 76107**
**Telephone: (817) 338-4900**
**Facsimile: (817) 332-6818**

**ATTORNEY FOR APPELLANTS**
**JOEY DARRELL FAUST AND**
**RAMON MARROQUIN**

## CERTIFICATE OF SERVICE

A true and correct copy of Appellant's Motion for Leave to File Post-Submission Brief has been served on Charles M. Mallin, Assistant Tarrant County District Attorney, 401 W. Belknap St., Fort Worth, Texas 76196-0201, on this 23rd day of March, 2015, via electronic mail.

/s/ J. Shelby Sharpe
J. Shelby Sharpe